UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL OUELLETTE,            Case No. 25-13022

    Plaintiff,                         Hon. F. Kay Behm
v.                                    United States District Judge

VILLAGE OF BEVERLY HILLS,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order filed on this same day, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. This is a final order and closes the case.

    **SO ORDERED**.

Date: January 22, 2026           <u>s/F. Kay Behm</u>
                                          F. Kay Behm
                                          United States District Judge